# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERRERA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LELAND McEWEN, Warden,<br><br>　　　　　Respondent. | Case No. CV 09-6358 JVS (JCG)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of the United States Magistrate Judge,[1] and Petitioner's Objections to the Report and Recommendation, and has made a *de novo* determination. The Court accepts the Magistrate Judge's Report and Recommendation.

　　　　In his Objections, Petitioner essentially restates the arguments made in the Petition. Those arguments lack merit for the reasons stated in the Report and Recommendation.

　　　　Petitioner's request is denied as an evidentiary hearing is not required in this

---

[1] The Report and Recommendation caption erroneously states the case number as "CV 10-6358 JVS (JCG)." The correct case number is CV 09-6358 JVS (JCG).

case. *See Cullen v. Pinholster*, 131 S.Ct. 1388, 1398 (2011); *Schriro v. Landrigan*, 550 U.S. 465, 474 (2007) ("[I]f the record refutes the applicant's factual allegations or otherwise precludes habeas relief, a district court is not required to hold an evidentiary hearing.").

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

Accordingly, having made a *de novo* determination of those portions of the Report and Recommendation to which objection was made, IT IS ORDERED THAT:

1. Petitioner's request for an evidentiary hearing is denied.
2. Judgment shall be entered dismissing the action with prejudice.
3. The Clerk shall serve copies of this Order and the Judgment herein on the parties.
4. A Certificate of Appealability is denied.

DATED: October 6, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE