# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERRERA,<br><br>    Petitioner,<br><br>    v.<br><br>LELAND McEWEN, Warden,<br><br>    Respondent. | Case No. CV 09-6358 JVS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 6, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE